UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 20-24671-CIV-MARTINEZ-BECERRA

CANSORTIUM HOLDINGS, LLC d/b/a
FLUENT, and CANSORTIUM INC.,

 Plaintiffs,

vs.

FORGE CANNABINOIDS, LLC, a Florida
Limited Liability Company, and JOSE J.
HIDALGO, an individual,

 Defendants.
_____/

## ORDER

 **THIS CAUSE** comes before the Court upon the Plaintiffs' Motion to Extend Pre-Trial Deadlines. (ECF No. 87). Plaintiffs seek an extension of the deadline to file their proposed findings of facts and conclusions of law. (*Id.* at 2).

 This case was previously set for trial during the two-week period starting on October 25, 2021. (ECF No. 14). The Court continued trial in this case because a criminal trial was scheduled to begin during the same trial period. (ECF No. 89). In the Court's order continuing trial, the Court did not alter or revise any pre-trial deadlines. (*See id.*).

 The deadline for the parties to submit their proposed findings of fact and conclusions of law was October 8, 2021. (ECF No. 35 at 2). Defendants filed their proposed findings on the date of the deadline. (ECF No. 86). At approximately 4:32 p.m. on the date of the deadline, and after Defendants filed their proposed findings, Plaintiffs moved for an extension of time to file their proposed findings. (ECF No. 87). Defendants strongly oppose Plaintiffs' Motion, arguing, in essence, that it is unfair for Plaintiffs to be given an extension when Defendants filed their

proposed findings on time. (ECF No. 88). The Defendants do not point to any specific prejudice they will incur if the Court were to grant Plaintiffs an extension. At the same time, the Court notes that Plaintiffs filed the instant Motion on the date of the deadline, at the eleventh-hour, and did not comply with the Court's pre-trial deadline when the Court did not rule on Plaintiffs' request for an extension. *See Setai Hotel Acquisition, LLC v. Miami Beach Luxury Rentals, Inc.*, No. 16-CIV-21296, 2016 U.S. Dist. LEXIS 191657, *13 (S.D. Fla. Oct. 14, 2016) ("The Court reminds [defendant] that the pendency of a motion for extension for time does not extend deadlines. Deadlines are extended by orders of the Court. If a motion is pending and has not been granted, it is incumbent upon the party to comply with the deadline even if a motion for extension of that deadline is awaiting a ruling."). After careful consideration, it is hereby

**ORDERED AND ADJUDGED** that Plaintiffs' Motion, (ECF No. 87), is **GRANTED**. Plaintiffs shall file their proposed findings of fact and conclusions of law **on or before January 13, 2022**. Defendants **SHALL BE PERMITTED** to submit revised proposed findings of fact and conclusions of law **on or before January 20, 2022**. Absent exigent circumstances, no extensions of this deadline will be granted for either party.

Although the Court grants Plaintiffs' Motion, the Court discourages this type of eleventh-hour filing. A good-faith conferral does not mean waiting until thirty minutes before the close of business on the date of the deadline to reach out to the opposing party for an extension, after the opposing party has already complied with such deadline.

DONE AND ORDERED in Chambers at Miami, Florida, 4th day of January, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Magistrate Judge Becerra
All counsel of record